LORINOVICH v. K MART CORP.

No. 417P99

Case below: 134 N.C.App. 158

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 November 1999.

McIVER v. SMITH

No. 453PA99

Case below: 134 N.C.App. 583

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.

METAXAS v. HENDRICK

No. 185P99

Case below: 132 N.C.App. 586

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

MORGAN v. WESTERN PIEDMONT RADIOLOGY

No. 354P99

Case below: 133 N.C.App. 444

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

MUSE v. BRITT

No. 449P99

Case below: 123 N.C.App. 357

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 November 1999.